**Opinion issued October 4, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-12-00571-CV**

———————————

**IN RE RONALD CASTILLO, Relator**

———————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————

**MEMORANDUM OPINION**

Relator, Ronald Castillo, petitioned for writ of mandamus asking that we compel the trial court to vacate its April 16, 2012 order denying his motion to compel production of plaintiff J.L.K.'s mental health records.[1] Castillo also asks that we compel the trial court to vacate its June 7, 2012 order denying his motion

---

[1] The underlying case is *Jennene Kemp, individually, and as next friend of J.L.K., a minor v. Ronald Castillo, Porter Athletic, Inc., and Litania Sports Group, Inc.*, No. 65459 (149th Dist. Ct., Brazoria Cnty., Tex.), the Honorable Terri Tipton Holder, presiding.

for reconsideration and its April 19, 2012 order denying "any other requested discovery seeking to discover mental health records," and he requests that we direct the trial court to compel full and complete responses to requests for production pertaining to J.L.K.'s mental health records.

We deny the petition for writ of mandamus. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.